IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

SOUTHRN DIVISION

No: 7:25-CR-00066-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | **ORDER TO SEAL** |
| v. | ) | Docket Entry 50 |
| | ) | |
| | ) | |
| DAVID LYNN ARMSTRONG, | ) | |

On the motion of the Defendant, David Armstrong, and for good cause shown, it is ORDERED that Docket Entry 50 in this matter be sealed until further notice of this Court. The grounds for this Order are found at Docket Entry 50.

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until otherwise ordered by this Court.

SO ORDERED, this the __2__ day of December 2025.

James C. Dever III
United States District Court Judge