IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

SOUTHRN DIVISION

No: 7:25-CR-00066-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER TO SEAL** |
| v. | ) | Docket Entry  60 |
| | ) | |
| | ) | |
| DAVID LYNN ARMSTRONG, | ) | |

On the motion of the Defendant, David Armstrong, and for good cause shown, it is ORDERED that

Docket Entry 60 in this matter be sealed until further notice of this Court. The grounds for this Order are

found at Docket Entry 60.

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until

otherwise ordered by this Court.

SO ORDERED, this the __1 6__ day of March 2026.

James C. Dever III
United States District Court Judge