IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

SOUTHERN DIVISION

NO. 7:25-CR-00066-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | DOCKET ENTRY 65 |
| | ) | |
| DAVID LYNDON ARMSTRONG, | ) | |

On the motion of the Defendant, David Lynn Armstrong and for good cause shown, it is ORDERED that

Docket Entry 65 in this matter be sealed until further notice of this Court. The grounds for this Order are

found at Docket Entry 65.

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until

otherwise ordered by this Court.

SO ORDERED, this the __21__ day of April 2026.

_____
James C. Dever III
United States District Court Judge